UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America  , <br><br> Plaintiff, <br><br> v. <br><br> Approximately $20,000.00 in U.S. Currency, <br><br> Defendant. | Case No.  2:23-cv-00153-DJC-JDP <br><br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Jose Garcia and Thomas Callahan

May 03, 2024

Clerk

KEITH HOLLAND, CLERK

By: /s/  V. Licea Chavez, Deputy